CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
July 17, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **GOLDIE PAGE,** | )<br>) |
| Plaintiff, | ) Case No. 7:24CV00338<br>) |
| v. | ) **OPINION**<br>) |
| **CHAIRMAN RICHARD CHIDESTER, ET AL.,** | ) JUDGE JAMES P. JONES<br>)<br>) |
| Defendants. | ) |

*Goldie Page, Pro Se Plaintiff.*

The plaintiff, a Virginia inmate proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983 in June of 2023. She applied to proceed in forma pauperis to allow her to pay the $350.00 filing fee via installments from her inmate trust account, pursuant to 28 U.S.C. § 1915(b), part of the Prison Litigation Reform Act (PLRA). On June 6, 2024, the court received the plaintiff's notice of address change that indicates she has been released from custody. As such, she is no longer subject to provisions of the PLRA that allowed her to pay the $350.00 filing fee via installments.

An Order entered on June 12, 2024, directed the plaintiff to submit, within thirty days from that date, the filing fee owed and the applicable administrative fee, a total of $402, or to otherwise respond to the court. The Order advised that a

failure to comply within the time limits set out in the order would result in dismissal of this action without prejudice. The deadline the court set for the plaintiff's response has passed, and she has had no further communication with the court. Therefore, I will dismiss the action without prejudice for failure to prosecute.

An appropriate Order will issue herewith.

DATED: July 17, 2024

/s/  JAMES P. JONES
Senior United States District Judge